UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 21-10810-ELF

Nichole Donnon                                                                         Chapter 7
    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), ACAR Leasing LTD d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing LTD d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 21-10810-ELF

Nichole Donnon                                                                        Chapter 7
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 4, 2021 :

  RICHARD N. LIPOW                     Christine C. Shubert
  629 Swedesford Road                  10 Teaberry Drive
  Malvern, PA 19355                      Medford, NJ 08055

                                          By  /s/ Mandy Youngblood
                                                Mandy Youngblood

xxxxx90731 / 1039574