## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Nichole Donnon fka Nichole Hawkins Briney<br>Debtor(s) | CHAPTER 7 |
| PENNYMAC LOAN SERVICES, LLC<br>Movant<br>vs. | NO. 21-10810 ELF |
| Nichole Donnon fka Nichole Hawkins Briney<br>Debtor(s) | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq.<br>Trustee | |

### ORDER

AND NOW, this 24th day of May, 2021, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and that the automatic stay under 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 (as applicable) of the Bankruptcy Code, are **MODIFIED** with respect to the subject premises located at 557 Haws Avenue, Norristown, PA 19401 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE